# Order

Michigan Supreme Court
Lansing, Michigan

May 30, 2014

147945(28)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

SC: 147945
COA: 315858
Isabella CC: 2012-000354-FH

TYREE ROBERT ROSS,
       Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's December 23, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2014



Clerk

d0519